J. Paul Gignac (State Bar No. 125676)
j.paul@aogllp.com
Kiley L. Grombacher (State Bar No. 245960)
kgrombacher@aogllp.com
ARIAS OZZELLO & GIGNAC LLP
4050 Calle Real, Suite 130
Santa Barbara, California 93110-3413
Telephone: (805) 683-7400
Facsimile: (805) 683-7401

Attorneys for Plaintiff

\*\* E-filed July 13, 2009 \*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KEISER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV, INC., a California corporation and DOES through 1-10, inclusive,<br><br>Defendants. | CASE NO. CV09-02149-HRL<br><br>~~[PROPOSED]~~ ORDER STAYING ACTION<br><br>Judge: Hon. Howard R. Lloyd<br><br>Complaint Filed: May 18, 2009 |

1  The Court, having reviewed and considered the parties' Stipulation to Stay Action and finding good cause for the entry of an order thereon, HEREBY ORDERS AS FOLLOWS:

1. This action shall be stayed pending further developments (including, by way of example only: class certification, denial of class certification, settlement, dismissal, summary judgment or judgment after trial) in the *In re DIRECTV Early Cancellation Fee Litigation*, U.S.D.C. C.D. Cal. Master File No. CV 08-741 AG (ANx), that may impact the claims alleged in this action and/or necessitate lifting the stay in this action; and

2. In the event there are such further developments, any party may, upon fourteen (14) days notice to the other party, file a motion with this Court, for good cause shown, to lift the stay in this action.

3. The Case Management Conference currently scheduled for September 22, 2009 is vacated. A Status Conference is set for January 12, 2010 at 1:30 p.m. in Courtroom 2. The parties may request an earlier Status Conference if appropriate.

IT IS SO ORDERED.

Dated: July 13, 2009

_____
Honorable Howard R. Lloyd
United States Magistrate Judge